AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/16/08 |
| NAME OF SERVER (PRINT) HYUNJI KIM | TITLE Law Clerk |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified Mail with Return Receipt
Michael Mukasey, U.S. Attorney General c/o Office of the General Counsel
U.S. Department of Homeland Security.
Washington, D.C. 20528

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/16/08
             Date            Signature of Server

             134 N. LaSalle St. Suite 1618
             Address of Server
             Chicago, IL 60602

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.