AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/16/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| HYUNJI KIM | Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): Certified Mail with return receipt. Mailed to Emilio Gonzalez, Director of USCIS, c/o Office of the General Counsel, U.S. Dept. of Homeland Security, Washington D.C. 20528

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/16/08      [signature]
               Date                Signature of Server

     134 N. LaSalle St. Suite 1618, Chicago, IL 60602
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.