UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AHMED SAEED, INDIVIDUALLY,  )<br>  )<br>           Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>MICHAEL MUKASEY, U.S. ATTORNEY  )<br>GENERAL, ET AL.,  )<br>  )<br>           Defendant.  )<br>  ) | No.  08 C 267<br><br>Judge Zagel |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

                                                     Respectfully submitted,

                                                     PATRICK J. FITZGERALD
                                                     United States Attorney

                                                     By: s/ Samuel D. Brooks
                                                         SAMUEL D. BROOKS
                                                        Assistant United States Attorney
                                                         219 South Dearborn Street
                                                         Chicago, Illinois 60604
                                                         (312) 353-5342

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

Attorney Designation

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on March 5, 2008, to the following non-ECF filers:

Bonita B Hwang Cho
134 N. LaSalle
Suite 1618
Chicago, IL 60602

By:   s/ Samuel D. Brooks
SAMUEL D. BROOKS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5342