**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**


| | | |
|---|---|---|
| **AHMED SAEED,** | ) | |
| File No. 076-646-044, | ) | |
|     Plaintiff, | ) | CASE NO.08 C 267 |
| | ) | |
|     v. | ) | |
| | ) | JUDGE ZAGEL |
| **MICHAEL MUKASEY**, U.S. Attorney General, | ) | |
| Department of Homeland Security**;** | ) | |
| **EMILIO T. GONZALES**, Director of | ) | |
| U.S. Citizenship & Immigration Services, | ) | |
|     Defendants. | ) | MAGISTRATE DENLOW |

**NOTICE OF DISMISSAL OF COMPLAINT**

NOW COMES Plaintiff, Ahmed Saeed, by and through his attorneys, Bonita B. Hwang

Cho, Cheng, Cho & Yee, P.C., and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil

Procedure, and voluntarily dismisses his complaint filed herein.  In support thereof, he states as

follows:

1.    The Defendant has not yet filed or served an answer or any other pleading in this matter.

Respectfully submitted,


s/ Bonita B. Hwang Cho
Bonita B. Hwang Cho
Cheng, Cho & Yee, P.C.
Attorneys for Plaintiff
134 N. LaSalle, Ste. 1618
Chicago, IL 60602
(312) 853-3088
bcho@lawyersimmigration.com

## CERTIFICATE OF SERVICE

I, Bonita B.H. Cho, the attorney, hereby certify that on the 29th day of April, 2008, a Notice of Dismissal was served to:

Samuel D. Brooks
Assistant U.S. Attorney
Northern District of Illinois
Suite 500
219 South Dearborn
Chicago, Illinois 60604

s/ Bonita B. Hwang Cho
Attorney for Plaintiff
Bonita B. Hwang Cho
Cheng, Cho & Yee, P.C.
134 N. LaSalle, Suite 1618
Chicago, IL 60602
(312) 853-3088
bcho@lawyersimmigration.com